MAX M. HIRSON, as Receiver of TOBACCO PRODUCTS CORPORATION OF DELAWARE, Respondent, Appellant, *v.* UNITED STORES CORPORATION (a Delaware Corporation), EUGENE W. STETSON, GEORGE WATTLEY, WILBUR L. CUMMINGS and JOHN FOSTER DULLES, Appellants, Respondents, Impleaded with Others, Defendants.

PER CURIAM. Having dismissed the complaint on the ground that plaintiff lacks legal capacity to sue (see companion appeal, *Hirson* v. *United Stores Corp.*, 263 App. Div. 646, decided herewith), these appeals should be dismissed, without costs, because the questions involved have become academic.

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Appeals unanimously dismissed, without costs.